ACCEPTED
14-15-00322-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 3:56:34 PM
CHRISTOPHER PRINE
CLERK

# No. 14-15-00322-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 3:56:34 PM
CHRISTOPHER A. PRINE
Clerk

Glen Beckendorff, in his Official Capacity as Waller County Judge, et al.,

Appellants,

v.

City of Hempstead, Texas, Citizens against the Landfill in Hempstead, and Pintail Landfill, LLC,

Appellees.

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6, Appellee Pintail Landfill, LLC files this notice of appearance of additional counsel appearing on its behalf in the above-captioned appeal.

The additional counsel is as follows:

> Michael S. Truesdale
> State Bar No. 00791825
> LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
> 801 West Avenue, Suite 201
> Austin, TX 78701
> 512-482-8671
> 866-847-8719 (fax)
> mike@truesdalelaw.com

1

Brent W. Ryan, lead counsel for Pintail Landfill, LLC in the trial court, will remain as lead counsel on appeal.

Respectfully submitted,

*/s/ Michael S. Truesdale*
Michael S. Truesdale
State Bar No. 00791825
LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
801 West Avenue, Suite 201
Austin, TX 78701
512-482-8671
866-847-8719 (fax)
mike@truesdalelaw.com

Brent W. Ryan
State Bar No. 17469475
MCELROY, SULLIVAN, MILLER, WEBER & OLMSTEAD, L.L.P.
P.O. Box 12127
Austin, TX 78711
512-327-8111
512-327-6566 (fax)
bryan@msmtx.com
**Attorneys for Appellee Pintail Landfill, LLC**

## CERTIFICATE OF SERVICE

On April 22, 2015, the undersigned certifies that he served a copy of this Notice of Appearance of Additional Counsel on the following, in compliance with Texas Rules of Appellate Procedure 9, via electronic service:

V. Blaire Peña
Terry L. Scarborough
Hance Scarborough, LLP
400 West 15th Street, Suite 9500
Austin, TX 78701
**Attorneys for Citizens Against the Landfill in Hempstead**

Carol A. Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box. 966
Hempstead, TX 77445
**Attorneys for Citizens Against the Landfill in Hempstead**

James P. Alliosn
J. Eric Magee
Allison, Bass & Magee, LLP
A.O. Watson House
402 W. 12th Street
Austin, TX 78701
**Attorneys for Waller County, Texas and Waller County Commissioner's Court**

Eric C. Farrar
Olson & Olson, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, TX 77019
**Attorney for the City of Hempstead**

David A. Carp
Herzog & Carp
427 Mason Park Blvd
Katy, TX 77450
**Attorney for Glenn Beckendorff, Frank Pokluda, and Stan Kitzman**

/s/  Michael S. Truesdale
Michael S. Truesdale